JANE DOE

835nineteen853a@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE ) | |
| ) | Case No. 2:23-cv-4496-WLH-KES |
| Plaintiff, ) | |
| V. ) | **NOTICE OF PLAINTIFF'S MOTION** |
| ) | **TO PROCEED ANONYMOUSLY** |
| UNITED STATES, DCA 1976 ) | |
| Defendant(s). ) | |

### PLAINTIFF'S ORDER FOR PERMISSION OF PERNMANAENT USE UNDER THE PSEUDONYM, JANE DOE

 By constitutional discretion to the reader involved!! This justice of prosecution is sensitive and is not humanitarian subject matter. For example the subject matter of this case is not an petition for an NATO citizen to get divorced and re-married to another stranger NATO citizen. That type of Nato activity is absurd, fraudulent in itself and not relatable, so when it comes to false arrest get your fucking minds correct and have respect for your brand because we the movant are signifying that plaintiff's dignity has been compromised beyond international local rule.

 To pursuant of federal rules of civil procedure 5.2(a) maybe underlying Marsy's Law, plaintiff hereby seeks an order permitting the permanent use of pseudonym Jane Doe in place of their true and legal name beyond the initial temporary period allowed by court. In evidence of this motion, the plaintiff hereby states as follows:

The Plaintiff claims that they were victim of police misconduct resulting in physical assault fraud indoctrination and unmistakable prosecutorial misconduct, but most critical plaintiffs' civil rights were violated to such an measure unfathomable.

The subject matter of this action on behalf of plaintiff Jane Doe involves defendants' conspiracy to interfere with civil rights by intimidation of physical force and unmistakable illegal fraudulent prosecution by the defendants for ransom of bail money including the cooperation of involved medical providers.

Plaintiff confirms "anonymous" police sheriff officers' precisely involved in the scene (including the totality of the incident.) are to this very day employed in sheriff county department staff of administrators in their individual and official capacity supported by complete review by the defendant. Most disturbingly plaintiff cites unimaginable harm to no exaggeration of comparison. Not even the most studied united states doctors of physiology could be able to assume or relate understanding to the claims of outstanding damages.

Plaintiff requires motion of the court to obscure and safeguard identifiers in order to prevent disclosure of their respective social security identity to publicity. The Plaintiff recognizes that disclosure of the true identifying legal name would cause jane doe degradation, emotional distress, and harassment assumed guiltiness by American/Nato citizen association. Because of reasonable paranoia of espionage in illegal unidentified badged personnel encounters, with uncertainty, Jane doe's false arrest reveal of true legal name in identity could be an threat to specific naive organizations such as police agencies, certain merchandisers of accreditation etc. For these reasons, the plaintiff maintains that the overriding public policy interest in protecting the identity of victims of police misconduct outweighs the public's interest in knowing their names and no lesser alternative will suffice.

WHEREFORE, for justice of pursuit to prosecution, plaintiff seeks an order permitting permanent use under the pseudonym Jane Doe in replace of their true identifying legal name.

Dated: 06 - 08 - 2022

Sign: _____

Print Name: Jane Doe