Name **Jane Doe**
Address _____
City, State, Zip _____
Phone _____
Fax _____
E-Mail **835nineteen853a@gmail.com**

☐ FPD  ☐ Appointed  ☑ CJA  ☑ Pro Per  ☐ Retained

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 31 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe** PLAINTIFF(S), v. **United States, DCA 1976** DEFENDANT(S). | CASE NUMBER: **2:23-CV-04496-WLH-KES** NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that **Jane Doe** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☑ Judgment (specify):
**2:23-CV-04496-WLH-KES**

☐ Other (specify):

Imposed or Filed on **07-06-2023**. Entered on the docket in this action on _____.
A copy of said judgment or order is attached hereto.

**7-31-2023**
Date

_____ Signature
☑ Appellant/ProSe  ☑ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# JANE DOE

# V.

# UNITED STATES, DCA 1976

## *CASUAL INFORMAL COPY JUDGMENT FROM CV-73 COURT FORM*

**DISCLIMER NOTICE: THE IGNORANCE OF THE COURT DOCKET SYSTEM HAS LEFT PLAINTIFF (WHO FILED FOR ELECTRONIC PERMISSION) UNABLE TO RETRIEVE THE EMAIL SIGNIFYING LAWSUITS FILED ACTIVITIES. (IN OTHER WORDS IT WAS TEMPORARY VIEWING?)**

**CASE  2:23-CV– 04496 –WLH –KES.
FILED 07/06/23 PAGE ID #22**