Name/Address of Attorney or Pro Per
Jane Doe

835nineteen853a@gmail.com
Telephone _____
☐ FPD   ☐ Apptd   ☒ CJA   ☒ Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 31 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jane Doe

PLAINTIFF(S),

v.

United States, DCA 1976

DEFENDANT(S).

CASE NUMBER: 2:23-CV-04496-WLH-KES

Motion and Affidavit for Leave to Appeal In Forma Pauperis:
☒ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

The undersigned **Jane Doe**, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. This is an civil case but initially crime of civil rights was committed against plaintiff.
   b. Defendents' constitutional violation of the 1st and 13th amendment under color of law.
   c. I am an false prisoner of my actions bearing I have no assets and shall not be prohibited from civil action or appeals, which I cannot pay any filling fee.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes  ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes ☒ No.
   If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.
   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. Theres no money in my bank account, because of my false arrest I'm unable to work in the military complex (which funds everything exports, imports) and employers both private and public find me expendable/liability of burd

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No, nothing that the US 18 copyright can acknowledge. Both my social security and drivers license are promotions of civil rights violations.

f. In what year did you last file an income tax return? I don't make the threshold for tax deductible income status

g. Approximately how much income did your last tax return reflect? Don't make money appropriate for any tax return. Strange that food and consumables have tax sales upcharge in purchases.

h. List the persons who are dependent upon you for support and state your relationship to those persons. My future Nato/Non-Nato kids. I don't want them sharing grandfathered civil rights atrocities. I don't want to devalue their consciousness regarding my shame.

i. State monthly expenses, itemizing the major items. Transportation fuel and vehicle maintence (fingers-crossed) which is intended to fail according to higher mileage

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

7-31-2023
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)