FILED

OCT 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff-Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; DCA 1976,<br><br>           Defendants-Appellees. | No.   23-55695<br><br>D.C. No.<br>2:23-cv-04496-WLH-KES<br>Central District of California,<br>Los Angeles<br><br>ORDER |

      The court's August 8, 2023 scheduling order directed appellant to either to pay the filing fees or move to proceed in forma pauperis, and to file the opening brief by October 10, 2023.  The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court.  To date, appellant has not filed the opening brief or resolved the fee issue.  Additionally, a review of court records reflects that appellant has failed to either register for electronic case filing with this court or provide a mailing address.  In an email that the court sent to appellant on October 3, 2023, to which appellant responded, the court warned appellant that "unless or until you register for electronic case filing or provide a mailing address, you will not be receiving court orders or notices because the court will have no way to serve you."

OSA103

Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The court will not entertain any motion to reinstate this appeal unless appellant has either registered for electronic case filing with this court, or provided a mailing address for service.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
